UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| *LADONNA NEWTON*, *Individually And On Behalf Of All Others*, <br><br> Plaintiff, <br><br> v. <br><br> *JSR VETTING SERVICES, L.L.C.*, <br><br> Defendant. | Case No. 2:17-cv-4221 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant JSR Vetting Services, L.L.C. ("JSR"), by and through undersigned counsel, hereby removes this action, captioned *LaDonna Newton, Individually And On Behalf Of All Others vs. JSR Vetting Services, L.L.C.*, Cause No. 17AC-CC00466 (the "Lawsuit"), from the Circuit Court of Cole County, Missouri, to this Court. The grounds for removal are as follows:

## GROUNDS

1. On August 31, 2017, Plaintiff filed the Lawsuit in the Circuit Court of Cole County, Missouri.

## JURISDICTION

2. Under 28 U.S.C. § 1331, the United States District Courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

3. As stated in her Complaint,[1] Plaintiff alleges JSR violated 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA"). This claim arises under the laws of the United States. *See* 28 U.S.C. § 1331.

4. Because original federal-question jurisdiction exists in this case, removal is permissible under 28 U.S.C. § 1441(a).

## VENUE

5. Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The action is pending in the Circuit Court of Cole County, Missouri, which is located within the Central Division of the Western District of Missouri. 28 U.S.C. § 105(b)(4); W.D. Mo. L.R. 3.2(a)(2).

## NOTICE

6. JSR hereby removes this action pursuant to 28 U.S.C. §1441 because this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331.

7. Appended hereto as **Exhibit 1** is a copy of all process, pleadings, and orders served upon JSR in the Circuit Court of St. Louis City, Missouri. *See* 28 U.S.C. § 1446(a). The contents of Exhibit 1 constitute the entire file of the Lawsuit in the Circuit Court of Cole County.

8. JSR was served with the Complaint and Summons on October 12, 2017. *See* Exhibit 1, at 1.

9. Removal of this action is timely because this removal has been filed within 30 days after the service of the Complaint on JSR on October 12, 2017. *See* 28 U.S.C. § 1446(b)(1).

10. JSR is the only defendant. Therefore, no consent to removal from co-defendants is necessary. *See* 28 U.S.C. § 1446(b)(2)(A).

---

[1] Plaintiff improperly styled her initial state-court pleading in the Lawsuit as a "Complaint" rather than a "Petition." Under the Missouri Rules of Civil Procedure, the initiating pleading is denominated as a "Petition." *See* Mo. Sup. Ct. R. 55.01. Nevertheless, to avoid confusion, JSR will refer to it as the "Complaint" hereinafter.

11. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal is being filed with the clerk of the Circuit Court of Cole County.

12. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal is being served upon Plaintiff's counsel. Proof of service of the Notice on Plaintiff's counsel is filed contemporaneously with this Notice.

13. The required Civil Cover Sheet is appended hereto as **Exhibit 2**.

14. JSR reserves all defenses, including but not limited to, all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

15. The prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met. If any questions arise as to the propriety of the removal of this action, JSR requests the opportunity to present an oral argument and further evidence necessary to support its position that this case is removable.

WHEREFORE, JSR hereby removes the above-captioned matter from the Circuit Court of Cole County, Missouri, to this Court for further proceedings to be conducted in this Court as provided by law.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ *Nicholas P. Van Deven*
Nicholas P. Van Deven, #53034MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
nvandeven@sandbergphoenix.com

*Attorney for Defendant*
*JSR Vetting Services, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of November, 2017, the foregoing was e-mailed and sent via First-Class U.S. Mail, postage prepaid, to the following counsel of record:

Charles Jason Brown
Jayson A. Watkins
Brown & Associates LLC
301 S. US 169 Hwy
Gower Missouri 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas P. Van Deven*